**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ELEMICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ECMARKET, INC. d/b/a CONEXIOM INC., <br><br> Defendant. | C.A. No. 21-893-SB |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

WHEREAS, on April 7, 2022, plaintiff Elemica, Inc. ("Plaintiff") filed its Amended Complaint in the above-captioned action (Dkt. 33); and

WHEREAS, defendant ecMarket, Inc. ("Defendant") has requested an extension until April 29, 2022, to answer, move, or otherwise respond to the Amended Complaint;

IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendant subject to the approval of the Court, that the time for Defendant to answer, move, or otherwise respond to the Amended Complaint shall now be on or before April 29, 2022.

Dated: April 7, 2022

| | |
|---|---|
| **PANITCH SCHWARZE BELISARIO & NADEL LLP** | **K&L GATES LLP** |
| */s/ John D. Simmons* | */s/ Steven L. Caponi* |
| John D. Simmons (No. 5996) | Steven L. Caponi (No. 3484) |
| Wells Fargo Tower | Matthew B. Goeller (No. 6283) |
| 2200 Concord Pike, Suite 201 | Megan E. O'Connor (No. 6569) |
| Wilmington, DE 19803 | 600 N. King Street, Suite 901 |
| Phone: (302) 394-6001 | Wilmington, DE 19801 |
| jsimmons@panitchlaw | Phone: (302) 416-7000 |
| | steven.caponi@klgates.com |
| | matthew.goeller@klgates.com |
| *Counsel for Plaintiff Elemica, Inc.* | megan.oconnor@klgates.com |
| | *Counsel for Defendant ecMarket, Inc.* |

**SO ORDERED** this \_\_\_\_ day of _____, 2022.

_____
UNITED STATES CIRCUIT JUDGE