IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELEMICA, INC., | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil Action No. 21-cv-893-SB |
| | ) | |
| ECMARKET, INC. *d/b/a* | ) | **REDACTED VERSION** |
| CONEXIOM INC., | ) | |
| | ) | |
| *Defendant.* | ) | |

**[SEALED] EXHIBIT A TO REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS AND/OR STRIKE DEFENDANT ECMARKET, INC'S COUNTERCLAIMS**

Dated: July 15, 2022

PANITCH SCHWARZE BELISARIO & NADEL LLP

*/s/ John D. Simmons*
John D. Simmons (#5996)
Wells Fargo Tower
2200 Concord Pike, Suite 201
Wilmington, De 19803
Telephone: (302) 394-6001
jsimmons@panitchlaw.com

***Counsel for Plaintiff Elemica, Inc.***

# EXHIBIT A

<u>This Exhibit has been Redacted in its Entirety</u>