

JOHN D. SIMMONS<br>
Direct Dial: (302) 394-6001<br>
jsimmons@panitchlaw.com

February 20, 2024

**BY CM/ECF**

The Honorable Stephanos Bibas
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

  Re: *Elemica, Inc. v. ecMarket Inc.*, C.A. No. 21-893-SB

Dear Judge Bibas:

  The Parties jointly write you to advise that Mediation was conducted before Magistrate Judge Hatcher on February 15, 2024. The Parties were unable to resolve the matter at this time, and therefore, intend to proceed with the litigation under the Scheduling Order.

  On February 20, 2024, the Parties participated in a "meet and confer" conference to address certain motions that each party intend to file in light of the unsuccessful Mediation. Due to those forthcoming contested motions and also due to the Parties' recent focus over the past thirty days on the prospect of settlement through Mediation, the Parties respectfully seek a short extension of the current March 22, 2024, deadline for the filing of dispositive motions set forth in the Scheduling Order. The Parties propose the following schedule:

- April 5, 2024 - Deadline for filing of dispositive motions;
- April 26, 2024 - Deadline for filing of response briefs in opposition to any dispositive motions; and
- May 10, 2024 - Deadline for filing of reply briefs in support of any dispositive motions.

  This will not impact the Pre-Trial and Trial deadlines. Please let us know if the foregoing schedule is acceptable to the Court. Thank you.



                                                  Respectfully submitted,

| */s/ Megan E. O'Connor* | */s/ John D. Simmons* |
|---|---|
| Steven L. Caponi (#3484) | John D. Simmons (#5996) |
| Megan E. O'Connor (#6569) | Keith A. Jones (#7011) |
| K&L GATES LLP | Ava E. Lutz (admitted *pro hac vice*) |
| 600 N. King Street | PANITCH SCHWARZE BELISARIO & NADEL LLP |
| Suite 901 | Wells Fargo Tower |
| Wilmington, DE 19801 | 2200 Concord Pike, Suite 201 |
| Telephone: (302) 416-7080 | Wilmington, DE 19803 |
| steven.caponi@klgates.com | Telephone: (302) 394-6001 |
| megan.oconner@klgates.com | jsimmons@panitchlaw.com |
| | kjones@pantichlaw.com |
| Of Counsel: | alutz@panitchlaw.com |
| | |
| Richard A. Saldinger (admitted *pro hac vice*) | |
| LANDSMAN SALDINGER CARROLL, PLLC | |
| 161 N. Clark Street | |
| Suite 1600 | |
| Chicago, IL 60601 | |
| Telephone: (312) 667-1359 | |
| saldinger@lsclegal.com | |
| | |
| **Counsel for Defendant/Counter-Plaintiff ecMarket Inc.** | **Counsel for Plaintiff/Counter-Defendant Elemica, Inc.** |