## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ELEMICA, INC.,

     Plaintiff,

        v.

ECMARKET, INC. d/b/a
CONEXIOM INC.,

     Defendant.

C.A. No. 21-893-SB

### RULE 7.1.1 CERTIFICATE

     I hereby certify that counsel for Defendant ecMarket, Inc. ("ecMarket") met and conferred with counsel for Plaintiff Elemica, Inc. ("Elemica") regarding the attached Motion to Amend Counterclaims by Zoom on February 20, 2024. Counsel for Plaintiff opposes this Motion.

Dated: February 23, 2024

**K&L GATES LLP**

/s/ *Steven L. Caponi*
Steven L. Caponi (No. 3484)
Megan E. O'Connor (No. 6569)
600 N. King Street, Suite 901
Wilmington, DE 19801
Phone: (302) 416-7000
steven.caponi@klgates.com
megan.oconnor@klgates.com

*Counsel for Defendant*