# EXHIBIT B

**Public Records** Client: 688196.0104   History   Help   More

Public Records > Locate a Person (Nationwide) > Search Results   View Alerts | Coverage | Tips

View: **Results List** | Full

**Terms:** first-name(**Jon**) last-name(**Carrow**) state(**PA**) radius(**30**) ( Edit Search | New Search )

| 1 - 4 of 4 |

Select for Delivery or View Checked

| No. | Full Name | Address |
|---|---|---|
| | View Source Documents | Click for Additional Searches |
| 1. | CARROW, J<br>CARROW, JOHN<br>CARROW, JOHN C<br>CARROW, JON<br>CARROW, JON C<br>CORROW, JOHN C<br>(Gender: Male)<br>(DOB: 08/1944)<br>(Age: 79)<br>(DOB: 08/1944)<br>(Age: 79) | 22 CARROW LN<br>PHOENIXVILLE, PA 19460-2839<br>CHESTER COUNTY<br>(09/1980-Current) |

Google

directions 844 N. King Street, Wilmington, DE to 22 CARROW LN PHOENI

Sign in

Maps  Perspectives  Images  Shopping  Videos  News  Books  Flights  Finance    All filters

○  844 N King St, Wilmington, DE 19895

◉  22 Carrow Ln, Phoenixville, PA 19460



**54 min** (31.4 mi) via US-202 N and US-202 N

Directions

| Step | Distance |
|---|---|
| 844 N King St | |
| Head southwest on N King St toward E 8th St | 0.4 mi |
| Slight right onto M.L.K. Jr. Blvd | 0.3 mi |
| Merge onto I-95 N via the ramp to Chester/Philadelphia | 0.3 mi |
| Merge onto I-95 N | 1.5 mi |
| Take exit 8 to merge onto US-202 N | |
| Pass by Bruster's Real Ice Cream (on the right in 6.8 mi) | |
| Entering Pennsylvania | 13.3 mi |
| Take the US-202 N/US-322 W ramp to Paoli/Downingtown | 0.2 mi |
| Continue onto US-202 N/US-322 W/W Chester Bypass | |
| Continue to follow US-202 N | 8.4 mi |
| Take the PA-401 W exit | 0.2 mi |
| Turn left onto PA-401 W | 0.6 mi |
| Turn right onto Phoenixville Pike | 2.5 mi |
| Continue onto PA-29 N | 2.8 mi |
| Turn right onto Creek Rd | 0.4 mi |
| Turn right onto Tinker Hill Rd | 0.4 mi |