IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELEMICA, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>ECMARKET INC. d/b/a CONEXIOM INC.,<br><br>        Defendant. | )<br>)<br>)<br>) C.A. No. 21-893 (SB)<br>)<br>)<br>)<br>)<br>) |

## **EXHIBIT A [REDACTED VERSION]**

PANITCH SCHWARZE BELISARIO & NADEL LLP

*/s/ John D. Simmons*

John D. Simmons (#5996)
Keith A. Jones (#7011)
Ava E. Lutz (Admitted *pro hac vice*)
Wells Fargo Tower
2200 Concord Pike, Suite 201
Wilmington, DE 19803
Tel: (302) 394-6001
Fax: (215) 965-1331
jsimmons@panitchlaw.com
kjones@panitchlaw.com
alutz@panitchlaw.com

***Counsel for Plaintiff - Counterclaim Defendant Elemica, Inc.***

Dated: March 4, 2024