# EXHIBIT A
## REDACTED VERSION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

ELEMICA, INC.,

        Plaintiff,

                        21-0893-SB

ECMARKET, INC d/b/a CONEXIOM INC.,

        Defendant.

## AFFIDAVIT OF JON C. CARROW ON BEHALF OF DUPONT SPECIALTY PRODUCTS USA, LLC

I, Jon C. Carrow, being duly sworn, hereby depose and say

1

**Confidential Pursuant to Protective Order**

2

**Confidential Pursuant to Protective Order**

**Confidential Pursuant to Protective Order**

4

**Confidential Pursuant to Protective Order**

SWORN TO AND SUBSCRIBED before
me this 15th day of December, 2023

*[signature]*

Notary Public

My Commission Expires: March 3, 2025

*[notary stamp]*