# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELEMICA, INC., | |
| Plaintiff, | C.A. No. 21-893-SB |
| v. | |
| ECMARKET, INC. d/b/a CONEXIOM INC., | |
| Defendant. | |

## UNOPPOSED MOTION TO EXTEND TIME

WHEREAS, on February 21, 2024, the Court issued an Oral Order granting an extension of two weeks for deadlines to file dispositive motions (Dkt. 149) to April 5, 2024; and

WHEREAS, an unforeseen medical emergency has arisen concerning defendant ecMarket, Inc.'s ("Defendant") counsel, the details of which Defendant's counsel is willing to share at the Court's request; and

WHEREAS, on April 2, 2024, counsel for Defendant consulted counsel with counsel for plaintiff Elemica, Inc. ("Plaintiff") regarding an extension, and Plaintiff stated that it does not oppose an extension;

WHEREFORE, due to the unforeseen medical emergency, Defendant respectfully requests that the Court grant Defendant's request for an extension of the deadline for the parties to file dispositive motions to April 10, 2024.


|  |  |
|---|---|
| Dated: April 2, 2024 | **K&L GATES LLP** |
|  | /s/ *Steven L. Caponi* |
|  | Steven L. Caponi (No. 3484) |
|  | Megan E. O'Connor (No. 6569) |
|  | 600 N. King Street, Suite 901 |
|  | Wilmington, DE  19801 |
|  | Phone:  (302) 416-7000 |
|  | steven.caponi@klgates.com |
|  | megan.oconnor@klgates.com |
|  | |
|  | *Counsel for Defendant ecMarket, Inc.* |