IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELEMICA, INC., <br><br> *Plaintiff/Counter-Defendant,* <br><br> v. <br><br> ECMARKET INC. d/b/a CONEXIOM INC., <br><br> *Defendant/Counter-Plaintiff.* | Case No. 1:21-cv-893-SB |

**PLAINTIFF/COUNTER-DEFENDANT ELEMICA, INC.'S
MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff/Counter-Defendant Elemica, Inc. ("Elemica" or "Plaintiff/Counter-Defendant"), by its attorneys, hereby submits its Motion for Summary Judgment against Defendant/Counter-Plaintiff ecMarket Inc. ("ecMarket" d/b/a "Conexiom" or "Defendant/Counter-Plaintiff"). Plaintiff respectfully submits it is entitled to summary judgment on the following issues:

1. Defendant/Counter-Plaintiff's defamation *per se* counterclaim

2. Defendant/Counter-Plaintiff's breach of contract counterclaim

These grounds are set forth more fully in the accompanying Opening Brief in Support of its Motion for Summary Judgment on Breach of Contract and Defamation and the accompanying exhibits filed in support of this Motion.

| | |
|---|---|
| Date Filed: April 10, 2024 | PANITCH SCHWARZE BELISARIO & NADEL LLP |
| | |
| | */s/ John D. Simmons* |
| | |
| OF COUNSEL: | John D. Simmons (#5996)<br>Keith A. Jones (#7011)<br>Dennis J. Butler (#5981) |
| Stephen E. Murray (admitted *pro hac vice*)<br>PANITCH SCHWARZE BELISARIO & NADEL LLP<br>Two Commerce Square<br>2001 Market Street, Suite 2800<br>Philadelphia, PA 19103<br>smurray@panitchlaw.com | Ava E. Lutz (admitted *pro hac vice*)<br>Wells Fargo Tower<br>2200 Concord Pike, Suite 201<br>Wilmington, DE 19803<br>Telephone: (302) 394-6001<br>Facsimile: (215) 965-1331<br>jsimmons@panitchlaw.com<br>kjones@panitchlaw.com<br>dbutler@panitchlaw.com<br>alutz@panitchlaw.com |
| | ***Counsel for Plaintiff/Counter-Defendant Elemica, Inc.*** |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELEMICA, INC., | ) <br> ) <br> ) |
| *Plaintiff/Counter-Defendant,* | ) <br> ) Case No. 1:21-cv-893-SB |
| v. | ) <br> ) |
| ECMARKET INC. d/b/a CONEXIOM INC., | ) <br> ) |
| *Defendant/Counter-Plaintiff.* | ) <br> ) |

## **[PROPOSED] ORDER**

Having considered PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, it is hereby ORDERED this _____ day of _____, 2024 that the Motion is GRANTED.

_____
UNITED STATES CIRCUIT JUDGE