# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELEMICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ECMARKET, INC. d/b/a CONEXIOM INC., <br><br> Defendant. | C.A. No. 21-893-SB <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANT ECMARKET'S MOTION FOR SUMMARY JUDGMENT

Defendant ecMarket, Inc. ("Defendant"), respectfully moves this Court for summary judgment on Counts I and II of the Amended Complaint (D.I. 33) and Count III of the Supplemental Complaint (D.I. 62-1). The grounds for this motion are set forth in *Defendant's Memorandum in Support of Its Motion For Summary Judgment on All Counts in Plaintiff's Amended and Supplemental Complaints*, filed contemporaneously with this motion.

Dated: April 10, 2024

**K&L GATES LLP**

*/s/ Steven L. Caponi*
Steven L. Caponi (No. 3484)
Megan E. O'Connor (No. 6569)
600 N. King Street, Suite 901
Wilmington, DE 19801
Phone: (302) 416-7000
steven.caponi@klgates.com
megan.oconnor@klgates.com

*Of Counsel*:

Richard A. Saldinger
LANDSMAN SALDINGER
  CARROLL, PLLC
161 N. Clark Street, Suite 1600
Chicago, IL 60601
Phone: (312) 291-4652
saldinger@lsclegal.com

*Counsel for Defendant ecMarket, Inc.*