## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ELEMICA, INC., | |
| Plaintiff, | C.A. No. 21-893-SB |
| v. | **JURY TRIAL DEMANDED** |
| ECMARKET, INC. d/b/a CONEXIOM INC., | |
| Defendant. | |

### **[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2024, upon consideration of Defendant ecMarket's Motion for Summary Judgment (the "Motion"), it is hereby ORDERED that the Motion is GRANTED.

_____
United States District Judge