IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELEMICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ECMARKET INC. d/b/a CONEXIOM INC., <br><br> Defendant. | C.A. No. 21-cv-893-SB |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

The parties, by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, that the deadline to serve the Response in Opposition to Dispositive Motions set forth in the Stipulation to Extend Time Order (D.I. 149) and the deadline to file the Final Pretrial Order set forth in the Scheduling Order (D.I. 59) shall be extended as set forth in the chart below.

No other deadlines will be impacted.

| Description | Current Date | New Date |
|---|---|---|
| Response in Opposition to Dispositive Motions | April 26, 2024 | April 29, 2024 |
| Final Pretrial Order | June 9, 2024 | June 21, 2024 |

| | |
|---|---|
| Dated:  April 25, 2024 | Respectfully submitted, |
| K&L GATES LLP | PANITCH SCHWARZE BELISARIO & NADEL LLP |
| */s/ Megan E. O'Conner* | */s/ John D. Simmons* |
| Steven L. Caponi (#3484)<br>Megan E. O'Conner (# 6569)<br>600 N. King Street, Suite 901<br>Wilmington, DE 19081<br>Telephone: (302) 416-7082<br>steven.caponi@klgates.com<br>megan.oconnor@klgates.com | John D. Simmons (#5996)<br>Dennis J. Butler (#5981)<br>Keith A. Jones (#7011)<br>Wells Fargo Tower<br>2200 Concord Pike, Suite 201<br>Wilmington, DE 19803<br>Telephone: (302) 394-6001<br>jsimmons@panitchlaw.com<br>dbutler@panitchlaw.com<br>kjones@panitchlaw.com |
| OF COUNSEL:<br><br>Richard Saldinger (admitted *pro hac vice*)<br>LANDSMAN, SALDINGER, CARROLL, PLLC<br>161 N. Clark Street, Suite 1600<br>Chicago, IL 60601<br>saldinger@lsclegal.com | |
| ***Counsel for Defendant/Counter-Plaintiff ecMarket Inc.*** | ***Counsel for Plaintiff/Counter-Defendant Elemica, Inc.*** |

IT IS SO ORDERED, this _____ day of April, 2024.

_____
UNITED STATES CIRCUIT JUDGE