IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELEMICA, INC.,<br><br>                Plaintiff,<br><br>    v.<br><br>ECMARKET INC. d/b/a CONEXIOM INC.,<br><br>                Defendant. | C.A. No. 21-cv-893-SB<br><br>REDACTED VERSION |

**EXHIBITS A THROUGH I IN SUPPORT OF PLAINTIFF ELEMICA, INC.'S
<u>REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT</u>**

OF COUNSEL:

Stephen E. Murray (admitted *pro hac vice*)
Ava E. Lutz (admitted *pro hac vice*)
PANITCH SCHWARZE BELISARIO & NADEL LLP
Two Commerce Square
2001 Market Street, Suite 2800
Philadelphia, PA 19103
smurray@panitchlaw.com
alutz@panitchlaw.com

PANITCH SCHWARZE BELISARIO & NADEL LLP

John D. Simmons (#5996)
Dennis Butler (#5981)
Keith A. Jones (#7011)
Well Fargo Tower
2200 Concord Pike, Suite 201
Wilmington, DE 19803
Telephone: (302) 394-6001
jsimmons@panitchlaw.com
dbutler@panitchlaw.com
kjones@panitchlaw.com

***Counsel for Plaintiff/Counter-Defendant Elemica, Inc.***

Dated: May 10, 2024