# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELEMICA, INC., | ) |
| *Plaintiff/Counter-Defendant,* | ) |
| v. | ) Case No. 1:21-cv-893-SB |
| ECMARKET INC. d/b/a CONEXIOM INC., | ) |
| *Defendant/Counter-Plaintiff.* | ) |

## **JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Elemica, Inc., ("Elemica") and Defendant, ecMarket Inc. ("ecMarket"), by and through their counsel of record, stipulate to:

(1) Dismissal with prejudice of Elemica's claims in this action.

(2) Dismissal with prejudice of ecMarket's counterclaims in this action,

(3) Each party to bear its own attorneys' fees and costs.

(4) The District of Delaware shall retain jurisdiction over the Litigation for the purpose of enforcing the Settlement Agreement. (Ex. A).

Dated:  May 30, 2024                    Respectfully submitted,

| | |
|---|---|
| */s/* Megan E. O'Connor | */s/* John D. Simmons |
| Steven L. Caponi (#3484) | John D. Simmons (#5996) |
| Megan E. O'Connor (#6569) | Dennis Butler (#5981) |
| K&L GATES LLP | Keith A. Jones (#7011) |
| 600 N. King Street | PANITCH SCHWARZE BELISARIO & NADEL LLP |
| Suite 901 | Wells Fargo Tower |
| Wilmington, DE 19801 | 2200 Concord Pike, Suite 201 |
| Telephone: (302) 416-7080 | Wilmington, DE 19803 |
| steven.caponi@klgates.com | Telephone: (302) 394-6001 |
| megan.oconner@klgates.com | jsimmons@panitchlaw.com |
| | kjones@pantichlaw.com |
| Of Counsel: | dbulter@panitchlaw.com |
| Richard A. Saldinger (admitted *pro hac vice*) | Of Counsel: |
| LANDSMAN SALDINGER CARROLL, PLLC | Stephen E. Murray (admitted *pro hac vice*) |
| 161 N. Clark Street | Ava E. Lutz (admitted *pro hac vice*) |
| Suite 1600 | PANITCH SCHWARZE BELISARIO & NADEL LLP |
| Chicago, IL 60601 | Two Commerce Squar |
| Telephone: (312) 667-1359 | 2001 Market Street, Suite 2800 |
| saldinger@lsclegal.com | Philadelphi, PA 19103 |
| | smurray@panitchlaw.com |
| | alutz@panitchlaw.com |
| ***Counsel for Defendant/Counter-Plaintiff ecMarket Inc.*** | ***Counsel for Plaintiff/Counter-Defendant Elemica, Inc.*** |