DocuSign Envelope ID: 9E08168F-B6FF-438E-87C2-4DF8A610E152

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELEMICA, INC., *Plaintiff/Counter-Defendant,* v. ECMARKET INC. d/b/a CONEXIOM INC., *Defendant/Counter-Plaintiff.* | Case No. 1:21-cv-893-SB |

# [PROPOSED] ORDER OF DISMISSAL

Upon consideration of the Joint Stipulation for Dismissal and the Settlement Agreement, the Court hereby orders the following:

(1) The dismissal with prejudice of Elemica's claims in this action.

(2) The dismissal with prejudice of ecMarket's counterclaims in this action,

(3) Each party to bear its own attorneys' fees and costs.

(4) The District of Delaware shall retain jurisdiction over the Litigation for the purpose of enforcing this Agreement.

Dated: _____, 2024

_____
United States Circuit Judge Stephanos Bibas